**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
        Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL,** an Oregon nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**KRIS STEIN,** District Ranger for the HCNRA, Wallowa-Whitman National Forest, in her official capacity, and **UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture,<br><br>Defendants. | **Case No. 2:18-cv-00054-SU**<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE** |

Plaintiff's notice (ECF 34) raises baseless arguments. Defendants provided the Forest Service's LIRA implementation report to be fully responsive and forthcoming in light of this Court's expressed interest in on-the-ground implementation findings. ECF 33 at 2. Defendants plainly stated they did not provide the report as a supplement to the administrative record. *Id*. The report is not part of the administrative record guiding this Court's review of the legal merits of Plaintiff's claims.

Plaintiff's notice also mischaracterizes the LIRA implementation report. The report does not simply show an "expected doubling" of the number of catchfly plants. Plaintiff's notice at p. 3. Rather, the report documents a <u>quadrupling</u> of catchfly plants in pastures in the Rhodes Creek allotment under the new LIRA grazing system. It also documents 1190 catchfly plants in the Toomey allotment under the new LIRA grazing system, whereas pre-LIRA-decision field work found only 489 plants there. As the report found, "Essentially, the more we find the more resilient we believe the population is, and that improves the management decision space we can utilize." ECF 33 at 9.

Page 1-    **Defendants' Response to Plaintiff's Notice**; *Greater Hells Canyon Council v. Stein, et al.*, Case No. 2:18-cv-00054-SU

Dated this 11th day of December, 2018.

        Respectfully submitted,

        BILLY J. WILLIAMS
        United States Attorney
        District of Oregon

        */s/ Sean E. Martin*
        SEAN E. MARTIN
        Assistant United States Attorney