# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**, | Case No. 2:18-cv-00054-SU |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **KRIS STEIN,** *et al.*, | |
| Defendants. | |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 10th day of July, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT