# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| GREATER HELLS CANYON COUNCIL, | ) |
| v. | ) Case No.: 2:18-cv-00054-SU |
| KRIS STEIN, et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/10/2019__ against __Plaintiff__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ............................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 70.20 |
| Fees and disbursements for printing .......................................... | |
| Fees for witnesses *(itemize on page two)* .................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................ | 762.00 |
| Docket fees under 28 U.S.C. 1923 ............................................. | 20.00 |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .................................................... | |
| TOTAL $ | 852.20 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: Sean E. Martin

Name of Attorney: Sean E. Martin

For: Kris Stein and United States Forest Service     Date: 07/23/2019
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____
*Clerk of Court*     *Deputy Clerk*     *Date*



**Jeannine K. Manny**
Certified Shorthand Reporter
3175 Canberra Drive
Walla Walla, WA 99362
(541) 969-7439
jeannine@mannyreporting.com

*Invoice*

**Number** 21391
**Date** 4/11/2019

Bill To
Sean E. Martin
U.S. Attorney's Office
District of Oregon
1000 SW 3rd Ave., Ste. 600
Portland, OR, 97204

| Case Number | Case Caption |
|---|---|
| United States District Court Case No. 2:18-cv-00054-S | Great Hells Canyon Council v. Kris Stein, et al |

| Date | Description | Hours/Pages | Rate | Total |
|---|---|---|---|---|
| 11-13-2018 | Transcript of Hearing before Judge Patricia Sullivan in Pendleton, Oregon, consisting of 78 pages. | 78 | $0.90 | $70.20 |

*I appreciate your business!*

| | |
|---|---|
| Total | $70.20 |
| Amount Paid | $0.00 |
| Amount Due | $70.20 |

BILLY J. WILLIAMS, OSB # 901366
United States Attorney
District of Oregon
SEAN E. MARTIN, OSB # 054338
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
        Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GREATER HELLS CANYON
COUNCIL, an Oregon nonprofit
corporation,

Plaintiff,

v.

KRIS STEIN, District Ranger for
the HCNRA, Wallowa-Whitman
National Forest, in her official
capacity, and **UNITED STATES
FOREST SERVICE,** an agency of
the United States Department of
Agriculture,

Defendants.

Case No. 2:18-cv-00054-SU

DECLARATION OF
KEVIN BRUBACHER

I, Kevin Brubacher, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am a President of Technical Imaging Systems ("TIS") and have been an officer of the company in Vancouver, Washington since January 2001. I am the Account Representative for the United States Forest Service and have been responsible, with others, for preparing TIS's invoice for the formatting and final preparation of the Administrative Record for litigation over the Forest Service's Lower Imnaha Rangeland Analysis.

2. Attached to this Declaration is a true and correct copy of the invoice for services rendered by TIS to the Forest Service through May 16, 2018 with regard to this Administrative Record.

3. As reflected in the invoice, TIS's work for the Administrative Record for this litigation included computer time (for converting any original Tag Image File Format ("TIFF") images to PDF format), adding Optical Character Recognition ("OCRing") to make the PDF images word searchable, electronically Bates stamping the PDF images, adding Bates-stamp numbers to the index, hyperlinking the documents listed

in the index to the documents themselves, and burning the final images to a master Digital Versatile Disc ("DVD") along with DVD copies.

4. In final preparation of the Administrative Record, I created a master 4.5 GB Hybrid DVD containing the Administrative Record index and documents listed within the index. The work involved burning all of the Administrative Record documents, and the hyperlinked index, to DVD. The cost for this work is identified in the attached invoice as "DVD MASTERING 4.5 GB HYBRID DVD w/HYPER INDEX USFS LABEL FORMAT."

5. I certify under penalty of perjury under the laws of the U.S. that the foregoing is true and correct.

Executed on this 23 day of July, 2019, in Vancouver, Washington.

KEVIN BRUBACHER
President
Technical Imaging Systems



**Remit to:**

**TECHNICAL IMAGING SYSTEMS, INC.**
610 E 40th Street
Vancouver, WA 98663

# INVOICE

Ph: (360) 567-1260
Fax: (360) 567-1261
www.tisimaging.com

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 05/17/18 | 33940 | 1 |

FID #93-1326093

NET 30 DAYS

PAST DUE ACCOUNTS WILL BE CHARGED
1 1/2% INTEREST PER MONTH

**SOLD TO**
USDA FOREST SERVICE
1220 SW 3RD AVE STE 1600
PORTLAND, OR 97204

**SHIP TO**
USFS REGIONAL LITIGATION
1220 SW 3rd AVE. STE 1600
PORTLAND, OR 97204
S.GRIMES/DORI CREAMER

| ORDER NO. | ORDER DATE. | CUSTOMER NO. | SALES | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 35632 | 03/22/18 | B296 | 4 | R0151 30045-R1 | 05/16/18 | DELIVER |

| QUANTITY SHIPPED | ITEM # | DESCRIPTION | UNIT | ITEM PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 4 | SIGNED _Tracy Grimes_ DATE _6-26-18_ CONFIRMATION OF DELIVERY PERFORMED 3/23/-4/9/2018 PERIOD OF PERFORMANCE 3/23/18 TO 4/9/2018 RECEIVED materials PROJECT NAME= LIRA AR | EACH | 0.00 | 0.00 |
| 12.80 | 5258 | COMPUTER TIME, OCR, BATES STAMP, ADD BATES STAMP NUMBER TO INDEX, HYPERLINK 2028S ITEM 6b | HR | 30.00 | 384.00 |
| 2.00 | 5573 | DVD MASTERING 4.5 GB HYBRID DVD w/HYPER INDEX USFS LABEL FORMAT CREATE # COPIES | EACH | 24.00 | 48.00 |
| 22.00 | 5573 | DVD MASTERING 4.5 GB COPIES OF MASTER DISK SET USFS LABEL W/DETAILS 2028s ITEM 5 (d) | EACH | 15.00 | 330.00 |
| 1.00 | 9004 | SHIPPING AND HANDLING TIS PICKUP/DELIVERY NO CHARGE TO GOVT | EACH | 0.00 | 0.00 |

PLEASE GIVE CUSTOMER NUMBER AND INVOICE NUMBER(S) WITH REMITANCE

| | |
|---|---|
| SALES AMOUNT | |
| MISC. CHARGES | |
| FREIGHT | |
| SALES TAX | |
| TOTAL | |
| PAYMENT REC'D | |
| BALANCE DUE | |



**Remit to:**

**TECHNICAL IMAGING SYSTEMS, INC.**
610 E 40th Street
Vancouver, WA 98663

# INVOICE

Ph: (360) 567-1260
Fax: (360) 567-1261
www.tisimaging.com

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 05/17/18 | 33940 | 2 |

FID #93-1326093

NET 30 DAYS

PAST DUE ACCOUNTS WILL BE CHARGED
1 1/2% INTEREST PER MONTH

**SOLD TO**
USDA FOREST SERVICE
1220 SW 3RD AVE STE 1600
PORTLAND, OR  97204

**SHIP TO**
USFS REGIONAL LITIGATION
1220 SW 3rd AVE. STE 1600
PORTLAND, OR  97204
S.GRIMES/DORI CREAMER

| ORDER NO. | ORDER DATE. | CUSTOMER NO. | SALES | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 35632 | 03/22/18 | B296 | 4 | R0151 30045-R1 | 05/16/18 | DELIVER |

| QUANTITY SHIPPED | ITEM # | DESCRIPTION | UNIT | ITEM PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | 4/19/2018 | | | |

PLEASE GIVE CUSTOMER NUMBER AND INVOICE NUMBER(S) WITH REMITANCE

DC

| | |
|---|---|
| SALES AMOUNT | 762.00 |
| MISC. CHARGES | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| TOTAL | 762.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
          Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL,** an Oregon nonprofit corporation, | Case No. 2:18-cv-00054-SU |
| Plaintiff, | **DECLARATION OF SEAN E. MARTIN** |
| v. | |
| **KRIS STEIN,** District Ranger for the HCNRA, Wallowa-Whitman National Forest, in her official capacity, and **UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture, | |
| Defendants. | |

I, Sean E. Martin, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an Assistant United States Attorney, and I serve as counsel of record for Defendants in this action. I have personal knowledge of the facts set forth below.

2. The government incurred costs for formatting and preparing the initial Administrative Record for the defense of the U.S. Forest Service's challenged Lower Imnaha Rangeland Analysis. *See* ECF 10-12. The government's invoice, attached to its cost bill, indicates it incurred costs of $ 762.00 for formatting and preparing this record for judicial review.

3. Defendants are not requesting any of the U.S Forest Service's costs with regard to the Supplemental Administrative Record, ECF 15.


Dated this 23rd day of July, 2019.

>　　　　　　　　　　　　　　　　　*/s/ Sean E. Martin*
>　　　　　　　　　　　　　　　　　SEAN E. MARTIN
>　　　　　　　　　　　　　　　　　　Counsel for Defendants